UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S OFFICE,<br><br>Defendant. | 1:24-cv-00167-HBK (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(Doc. No. 2)<br><br>ORDER TO SUBMIT ENCLOSED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FULL FILING FEE<br><br>30-DAY DEADLINE |

Plaintiff—a prisoner—initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on February 6, 2024. (Doc. No. 1, "Complaint"). Plaintiff concurrently moved to proceed *in forma pauperis*. (Doc. No. 2). Plaintiff's declaration, however, fails to comply with 28 U.S.C. § 1915(a)(1)(2). Specifically, in addition to filing a declaration of indigency, a prisoner "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the six-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." *Id*. Here, Plaintiff's declaration provides no financial information as required by § 1915(a)(1)(2).

////

1

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is DENIED without prejudice to Plaintiff submitting a fully completed proper application.

2. Within thirty (30) days of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis* in its entirety with an authorized correctional official completing the "Certificate" section of the application, or by attaching a prison trust account statement reflecting the 6 months of transactions preceding the filing of the complaint; or (2) pay the $405.00 full filing fee for this action.

3. Absent good cause, the Court will not grant any motions for extension of time.

4. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or comply with the court's orders.

5. The Clerk is directed to include a blank application to proceed *in forma pauperis* with this order.

Dated:   February 8, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE