1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN SALAZAR, | 1:24-cv-00167-HBK (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | (Doc. No. 6) |
| FRESNO COUNTY SHERIFF'S OFFICE, | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE FRESNO COUNTY SHERIFF |
| Defendant. | |

Plaintiff—a prisoner—initiated this action on February 6, 2024, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. No. 1, Complaint).  Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint and submitted a copy of his prison trust fund statement in support.  (Doc. No. 6).  Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  **Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $12.00[1] (20% of the average 6-month deposits to the prisoner's account).**  Thereafter, Plaintiff must make monthly payments of 20% of the preceding month's income credited to his trust account.  The Fresno County Sheriff is required to send the initial

---

[1] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits or average monthly balance.  28 U.S.C. § 1915(b)(1)(A), (B).  Plaintiff had an average of $60.00 in deposits over the relevant six-month period.

1

$12.00 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in Plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).  *Id.*

According, it is **ORDERED**:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. No. 6) is **GRANTED**.

2. **The Fresno County Sheriff  or his designee shall forward an initial payment of $12.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C.  § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.**  The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this Order and a copy of Plaintiff's *in forma pauperis* application (Doc. No. 6) on the Fresno County Sheriff located at 2200 Fresno St., Fresno, CA 93721.

4. The Clerk of the Court is directed to serve a copy of this Order on the Financial Department, U.S.  District Court, Eastern District of California, Sacramento Division.

Dated:   February 23, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2